David Rimes 15-42104
Mortford Unit
8602 Peach STi
Lubbock, TX. 79404

Tr. CT. No 2 6521CCC
WR. 73,120-03

12/10/15

73,120-03

Dear Sir,

would you please send me any information on my case that you might have.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk

Thank You

David Rimes